# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2968
Lower Tribunal No. 17-54DR

_____

JANEEN M. WEILER,

Appellant,

v.

RAYMOND J. WEILER,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Mary C. Evans, Judge.

April 30, 2024

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and MIZE, JJ., concur.


Mark F. Baseman, of Felix, Felix & Baseman, Tampa, for Appellant.

Mark A. Sessums, of Sessums Law Group, P.A., Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED